1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HODA SAMUEL,                              No.  2:15-cv-2241 JAM CKD PS

12               Plaintiffs,

13        v.                                   ORDER

14   UNITED STATES OF AMERICA,

15               Defendants.

16

17

18          Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter.  The

19   Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings,

20   notify the parties, and make appropriate adjustments in the assignments of civil cases to

21   compensate for such reassignment.

22          IT IS SO ORDERED.

23   Dated:  November 3, 2015

24                                             _____
                                               CAROLYN K. DELANEY
25                                             UNITED STATES MAGISTRATE JUDGE

26

27   Samu2241.rec

28